# Court of Appeals
# of the State of Georgia

ATLANTA,  September 04, 2018

*The Court of Appeals hereby passes the following order:*

## A18A2098. ROBERTA LEFFT v. ROBERT PALUMBO.

Roberta Lefft has filed a notice of direct appeal from the trial court's order awarding OCGA § 9-15-14 attorneys fees. Appellee Robert Palumbo has filed a motion to dismiss, arguing that the order is not subject to direct appeal. Palumbo is correct. Pursuant to OCGA § 5-6-35 (a) (10), an order awarding attorneys fees under OCGA § 9-15-14 may be appealed only by application for discretionary appeal. See *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988). Accordingly, the motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/04/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*